1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
     Attorney for Plaintiff
4

5
                    UNITED STATES DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7
                           FRESNO DIVISION
8

9
   Patrick Gallagher,              )     CASE NO. 1:10-cv-00942
10        Plaintiff,                )
                                    )
11      v.                          )
                                    )    STIPULATION AND ORDER
12   Commissioner of Social Security )   FOR EXTENSION OF TIME TO SUBMIT
          Defendant.                )    PLAINTIFF'S OPENING BRIEF
13
            IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a
14
   30-day extension of time to file an opening brief. This extension is requested due to
15
   Plaintiff's attorney's workload demands and the number and complexity of the issues in this
16
   case. The current due date for Plaintiff's Opening Brief is December 22, 2010. The new due
17
   date will be January 21, 2011. The scheduling order should be modified accordingly.
18
   Dated: December 22, 2010              /s/ Sengthiene Bosavanh
19
                                         SENGTHIENE BOSAVANH, ESQ.
20                                       Attorney for Plaintiff

21 Dated: December 22, 2010              BENJAMIN B. WAGNER
                                         United States Attorney
22

23                                       By: /s/Shea Lita Bond
                                         (as authorized via e-mail)
24                                       SHEA LITA BOND
                                         Special Assistant United States Attorney
25

26

27

28

1 **ORDER**

2    Upon the parties' stipulation, IT IS ORDERED that Plaintiff shall file his opening brief
3 **by no later than January 21, 2011**. All deadlines in the Court's scheduling order are modified
4 accordingly.
5    Pursuant to the Court's scheduling order, all further requests to modify the scheduling
6 order must be made by written motion and shall only be granted for good cause. (Doc. 7 ¶ 14.)

8 IT IS SO ORDERED.

9 **Dated:    December 23, 2010**                /s/ Sheila K. Oberto
                                          UNITED STATES MAGISTRATE JUDGE