BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SHEA LITA BOND, SBN D.C. 469103
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8934
   Facsimile:  (415) 744-0134
   E-Mail: Shea.Bond@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| PATRICK GALLAGHER,    ) | CIVIL NO. 1:10-cv-942 SKO |
|     Plaintiff,    ) | |
|        ) | **MOTION FOR EXTENSION OF TIME** |
|     v.    ) | **AND ORDER** |
| MICHAEL J. ASTRUE,    ) | |
| Commissioner of    ) | |
| Social Security,    ) | |
|     Defendant.    ) | |

     Defendant, through his attorney undersigned, moves this Court for an Order granting Defendant until March 22, 2011 within which to file his response to Plaintiff's Opening Brief (the responsive brief is originally due on February 22, 2011).  This Order is sought on the grounds that the undersigned needs additional time to respond to Plaintiff's arguments.

     On February 18, 2011, Plaintiff's attorney informed the undersigned that she had no objection to this extension request.

///

///

1

2                           Respectfully submitted,

3

Dated: February 22, 2011            BENJAMIN B. WAGNER

4                           United States Attorney
                          LUCILLE GONZALES MEIS

5                           Regional Chief Counsel, Region IX
                          Social Security Administration

6

7                           /s/ *Shea Lita Bond*

8                           SHEA LITA BOND
                          Special Assistant U.S. Attorney

9                           Attorneys for Defendant

10

11                                **<u>ORDER</u>**

12

13

14

15 IT IS SO ORDERED.

16 **Dated:    February 23, 2011**            /s/ Sheila K. Oberto
                                UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28