1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PATRICK WILLIAM SNYDER, CSBN 260690
4  Special Assistant United States Attorney
          333 Market Street, Suite 1500
5         San Francisco, California 94105
          Telephone:  (415) 977-8927
6         Facsimile:  (415) 744-0134
          E-Mail: Patrick.Snyder@ssa.gov
7
   Attorneys for Defendant
8
                              UNITED STATES DISTRICT COURT
9
                              EASTERN DISTRICT OF CALIFORNIA
10
11 PATRICK GALLAGHER,                    )
                                         )   CIVIL NO. 1:10-cv-00942-AWI-SKO
12         Plaintiff,                    )
                                         )   STIPULATION AND ORDER AWARDING
13         v.                            )   ATTORNEY FEES UNDER THE
                                         )   EQUAL ACCESS TO JUSTICE ACT,
14 MICHAEL J. ASTRUE,                    )   28 U.S.C. § 2412(d)
   Commissioner of Social Security,      )
15                                       )   (Document #26)
           Defendant.                    )
16 _____)

17         IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel,
18 subject to the Court's approval, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act
19 (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND DOLLARS AND NO CENTS
20 ($7,000.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by
21 counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).
22         After the Court issues an order for EAJA fees and expenses to Plaintiff, the government will consider
23 the matter of Plaintiff's assignment of EAJA fees and expenses to Plaintiff's attorney.  Pursuant to Astrue
24 v. Ratliff, 130 S.Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether
25 the fees and expenses are subject to any offset allowed under the United States Department of the Treasury's
26 Offset Program.  After the order for EAJA fees and expenses is entered, the government will determine
27 whether they are subject to any offset.
28

Fees and expenses shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Plaintiff's counsel, pursuant to the assignment executed by Plaintiff. Any payments made shall be delivered to Plaintiff's counsel.

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and expenses, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees and expenses in connection with this action.

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA.

Dated: December 28, 2011  /s/ Sengthiene Bosavanh
*(As authorized via email on December 28, 2011)*

SENGTHIENE BOSAVANH
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Dated: December 28, 2011   By: /s/ Patrick William Snyder
PATRICK WILLIAM SNYDER
Special Assistant United States Attorney

**ORDER**

The parties' stipulation for an award of Equal Access to Justice Act fees and expenses is GRANTED pursuant to the terms of the stipulation set forth above.

IT IS SO ORDERED.

Dated:   January 4, 2012

CHIEF UNITED STATES DISTRICT JUDGE